UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:19-cv-00987-JFW-SHK** | Date: | January 9, 2020 |
|---|---|---|---|

Title: ***Bryan Ziegler, et. al. v. County of San Diego, et al.***

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

|  |  |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER**

The operative complaint in this action was filed on May 29, 2019. Electronic Case Filing Number ("ECF No.") 1, Comp.  On July 30, 2019, Defendant the Standard Insurance Company filed an answer, ECF No. 8, Answer to Comp.  On July 30, 2019, the Court issued its Case Management and Scheduling Order ("CMO"), where it ordered the parties were to file their status report no later than December 30, 2019.  ECF No. 10, CMO.  On December 30, 2019, the Court received Defendant's status report, ECF No. 12.  However, to date, Plaintiff has not filed their status report.

Accordingly, on or before **January 23, 2020**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file the status report.

The Court advises Plaintiff that failure to comply with the Court's CMO or before January 23, 2020, may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**