JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ZIEGLER, an individual; MICHELLE ZIEGLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, a government entity; CHIEF PAM ELIAS, CODE ENFORCEMENT OFFICER TOM CAUSEY; THE STANDARD INSURANCE COMPANY; and DOES 1 through 100; inclusive,<br><br>Defendants. | Case No. 5:19-cv-00987-JFW (SHKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. John F. Walter<br><br>Complaint Filed: May 29, 2019 |

Based upon the Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 5:19-cv-00987-JFW (SHKx), is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 3, 2020

_____
Hon. John F. Walter
United States District Judge

1

172912.1